IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KOREA WEEK, INC. | : | CIVIL ACTION |
| v. | : | NO. 15-6351 |
| GOT CAPITAL, LLC, et al | : | |

## ORDER

**AND NOW**, this 27th day of May 2016, upon consideration of Plaintiffs' Motion for Class Certification (ECF Doc. No. 49), Defendants' Opposition (ECF Doc. No. 53), Plaintiffs' Reply (ECF Doc. No. 59), after evaluating the credibility of witnesses at a class certification hearing and review of admitted exhibits, and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion (ECF Doc. No. 49) is **DENIED** as the merchant Plaintiffs offer no class representative adequate to represent the merchant class as each named class representative waived its right to participate in a class action in exchange for business financing.

KEARNEY, J.